**Order entered September 7, 2018**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-18-00124-CR
No. 05-18-00125-CR

**CHRISTON DIOR CONNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-56395-M & F17-56396-M**

## ORDER

The one-volume reporter's record, originally due April 3, 2018, was filed September 6, 2018. In light of this, we **VACATE** our September 5th order to the extent it orders Belinda Baraka not to sit.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.

/s/      LANA MYERS
JUSTICE